UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TEDDY NORRIS GREY HAWK DAVIS, TDCJ # 807688, VS. RICK THALER, et al. | § § § § § | CIVIL ACTION NO. C-12-166 |

| | | |
|---|---|---|
| TEDDY NORRIS GREY HAWK DAVIS, TDCJ # 807688, VS. RICK THALER | § § § § § | CIVIL ACTION NO. C-12-169 |

## ORDER OF CONSOLIDATION

Plaintiff is a state inmate, proceeding *pro se* and *in forma pauperis*, who has filed two civil rights actions pursuant to 42 U.S.C. § 1983. According to plaintiff he intended to file only one lawsuit, and when he filed the documents in Cause No.12cv169 he intended only to supplement and amend his original lawsuit 12cv166, not to file a separate case (D.E. 12). In both lawsuits Plaintiff, a native American, complains of violations of his First Amendment right to practice his religion, as well as subsequent retaliatory acts of McConnell Unit officials. The Court finds that consolidation of these two cases is appropriate.

Accordingly, the Clerk shall consolidate the case of *Davis v. Thaler, et al.*, C-12-166, with *Davis v. Thaler*, C-12-169. Hereafter, all pleadings shall be filed in *Davis v. Thaler, et al.*, C-12-166.

ORDERED this 12th day of June 2012.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE