Case 2:12-cv-00166   Document 253   Filed in TXSD on 03/05/18   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBBIE DOW GOODMAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-166 |
| | § | |
| CLINT MORRIS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER APPOINTING COUNSEL

In this consolidated action there are three Texas inmates whose cases have been consolidated for trial. The remaining Plaintiffs are Robbie Dow Goodman, William Casey and Raymond Cobb. Plaintiffs have each been proceeding *pro se* and *in forma pauperis*. The Court finds appointment of counsel is necessary. 28 U.S.C. § 1915(e)(1); *Cupit v. Jones*, 835 F.2d 82, 86 (5th Cir. 1987).

Attorneys **Robert Ellis** and **Steven Messer** of Yetter Coleman L.L.P., 909 Fannin Street, Suite 3600, Houston, Texas 77010, Phone (713) 632-8000, are appointed to represent each of the remaining Plaintiffs in this consolidated action. The Clerk shall mail or send by other convenient means to Mr. Ellis a copy of the *Pro Bono Expense Plan* for the Southern District of Texas. Counsel are reminded that prior approval is required for any expense which exceeds $300.00. Counsel are entitled to free copies of any pleadings currently on file and a free copy of the CD of any hearing. Counsel for Defendants shall provide to Plaintiffs' counsel at no cost copies of all discovery

previously provided to Plaintiffs. The parties may seek additional discovery by agreement or with leave of court.

A status conference will be set where dates for the pre-trial conference, trial and deadline to file the joint pretrial order will be discussed. Counsel may appear by telephone for the status conference. The Court will arrange for the appearance of Plaintiffs by telephone for the status conference.

ORDERED this 5th day of March, 2018.

_____
Jason B. Libby
United States Magistrate Judge

previously provided to Plaintiffs. The parties may seek additional discovery by agreement or with leave of court.

A status conference will be set where dates for the pre-trial conference, trial and deadline to file the joint pretrial order will be discussed. Counsel may appear by telephone for the status conference. The Court will arrange for the appearance of Plaintiffs by telephone for the status conference.

ORDERED this 5th day of March, 2018.

_____
Jason B. Libby
United States Magistrate Judge