# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

AUG 29 2018

David J. Bradley, Clerk of Court

ROBBIE DOW GOODMAN;
WILLIAM CASEY
RAYMOND COBB,

          Plaintiffs,

v.

LORIE DAVIS, Director, TDCJ-CID,

          Defendant.

Civil Action No.  2:12-CV-166

## PLAINTIFFS' TRIAL EXHIBIT LIST

| EXHIBIT No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| P001 | | article: The Price of Prisons, Prison Spending in 2015 | none |
| P002 | August 2008 - August 2018 | TDCJ Goodman, Robbie Dow disciplinary file for Aug. 2008 - Aug. 2018 | Consol.00981-1016 |
| P003 | 2012-2013 | TDCJ Goodman, Robbie Dow disciplinary file from 10/1/2012 to 08-27-2013 | Consol.01151-1167 |
| P004 | 6/1/2011 | TDCJ Offender Grievances records of Robbie Dow Goodman | Consol.00896-958 |
| P005 | 2011-2018 | TDCJ Goodman, Robbie Dow Goodman classification records | Consol.00959-973 |
| P006 | 7/25/2012 | TDCJ Chaplaincy records of Robbie Dow Goodman | Consol.00974-979 |
| P007 | 8/9/2012 | TDCJ Affidavit of Sandra K. Murphy re: Offender Robbie Dow Goodman no grievance records on file related to a Medicine Bag | Consol.00980 |
| P008 | | INTENTIONALLY LEFT BLANK | |
| P009 | 7/21/2016 | TDCJ Goodman, Robbie Dow disciplinary list | Consol.01181-1187 |

adm 8/29/18
adm 8/29/18
adm 8/29/18

| EXHIBIT NO. | DATE | DESCRIPTION | BATES | |
|---|---|---|---|---|
| P010 | 4/11/2014 | TDCJ Casey, William classification records with note "no disciplinary records/reports on file from May 2012 to present for Offender Casey" | Consol.01188-1210 | adm 8/29/18 |
| P011 | 4/29/2014 | TDCJ Faith Preference Records for Casey, William | Consol.01213-1214 | |
| P012 | 2013 | TDCJ Grievance Records Casey, William | Consol.01215-1266 | |
| P013 | | TDCJ Chaplaincy records of Casey, William | Consol.01267-1303 | |
| P014 | 2013 | TDCJ Offender Grievances records of Raymond Cobb | Consol.02145-2165 | |
| P015 | | TDCJ Offender Chaplaincy record Cobb, Raymond | Consol.02385-2392 | |
| P016 | 5/11/2018 | TDCJ Affidavit of Michael Rutledge re: number of offenders identifying Native American as religious preference (5,482) | Consol.02398 | |
| P017 | 2/1/2017 | TDCJ Offender Orientation Handbook | Consol.2401-2546 | adm 8/29/18 |
| P018 | | INTENTIONALLY LEFT BLANK | | |
| P019 Obj Sust. as to article | 4/19/2018 | Longview News Journal: Female inmates in Texas prisons help train service dogs | none | adm 8/30/18 as redacted |
| P020 Obj Sust. as to article | 4/19/2018 | Houston Chronicle: Female inmates in Texas prisons help train service dogs | none | |
| P021 Obj Sust. as to article | 5/21/2018 | Texas Tribune: Women can do this: female inmates in Texas find fulfillment in leaning technical skills, but they have fewer options than men | none | adm 8/30/18 as redacted |
| P022 Obj Sust. as to article | 2/16/2017 | She was a sex-trafficking victim, but Texas law labeled her a pimp | none | |
| P023 | 12/31/2017 | California Dept. Corrections and Rehabilitation (CDCR) Budget for Fiscal Year 2016-2017 | Consol.02802 | adm 8/29/18 |
| P024 | 8/16/2016 | TDCJ Administrative Directive re: Offender Searches | none | |
| P025 | 2018 | TDCJ Chaplaincy Manual | none | |
| P026 | | TDCJ Ecumenical Order of Worship Services RPD Chaplaincy Department | Consol.00723-727 | adm 8/29/18 |

| EXHIBIT NO. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| P027 | 8/13/2012 | TDCJ 2011-2012 Chaplaincy program Schedule | Consol.00728-742 |
| P028 | 8/15/2012 | TDCJ Religious Faith Preference List McConnell Unit Daily Totals/Percentages by Unit/Unit Type/Agency | Consol.00743-745 |
| P029 | 8/15/2012 | TDCJ Religious Faith Preference List Total Offenders by Faith Code | Consol.00746-752 |
| P030 | | INTENTIONALLY LEFT BLANK | |
| P031 | | INTENTIONALLY LEFT BLANK | |
| P032 | 5/23/2012 | TDCJ Purchase Order re: annual contract for Native American Chaplaincy Services from 05-23-2012 - 08-31-2012 | Consol.00778-783 |
| P033 | 9/4/2012 | TDCJ Affidavit of Karen Hall re: number of adult, male offenders incarcerated at the McConnell Unit on July 31, 2012 (2,883) | Consol.00784 |
| P034 | 11/30/2004 | TDCJ Offender Orientation Handbook | Consol.00785-00895 |
| P035 | 10/12/2012 | TDCJ Inter-Office Memorandum re: Policy regarding the Native American pipe service | Consol.01066-1068 |
| P036 | | TDCJ Tobacco Policy "BR-151.25" | Consol.01315-1317 |
| P037 | | TDCJ photographs of Chaplaincy offices at the 10 Native American designated units | Consol.01354-1367 |
| P038 | 10/1/2010 | Federal Register Dept. of the Interior Bureau of Indian Affairs Indian Entities Recognized and Eligible to receive services from the US Bureau of Indian Affairs | Consol.01368-1373 |
| P039 | 7/1/2012 | TDCJ Native American Religious Services and Practices in the TDCJ "Procedures for Religious Programming" | Consol.01386-1388 |
| P040 | 10/12/2012 | TDCJ Inter-Office Memorandum re: Native American weekly services | Consol.001392-1396 |
| P041 | 7/1/2012 | TDCJ Chaplaincy Manual - Religious Devotional Items and Observed Holidays | Consol.01487-1500 |
| P042 | 7/2/2013 | TDCJ Affidavit of Dr. Robert W. Pierce as former Chaplain of McConnell unit stating he was not qualified to provide NA religious services, the pipe service in particular | Consol.01501-1503 |

- 3 -

| Exhibit No. | Date | Description | Bates |
|---|---|---|---|
| P043 | 11/20/2012 | TDCJ Native American policies - all revisions in effect from 2008 - 2012; Native American Religion: Prayer Pipe Ceremony | Consol.01505-1507 |
| P044 | 2011 | TDCJ Annual Review for 2011 | Consol.01482-1486 |
| P045 | 2011 | TDCJ Chaplaincy Program Schedules for 2011-2012 | Consol.01520-1534 |
| P046 | 2009 | TDCJ Native American policies, all revisions in effect from 2008 - 2009 current policies | Consol.01544-1548 |
| P047 | 2009 | TDCJ Native American policies, Religious Devotional Items | Consol.01549-1552 |
| P048 | 11/10/2012 | TDCJ Inter-Office Communications re: NA Circle (Service) allowed ceremony supplies | Consol.01553 |
| P049 | 6/11/2011 | TDCJ Religious Practices Committee minutes for the past five years regarding any requests for kouplock, medicine bags and/or pipes and pipe ceremony | Consol.01554-1570 |
| P050 | 8/10/2005 | TDCJ Administrative directive re: Offenders who refuse to comply with grooming standards | Consol.01589-1591 |
| P051 | 12/31/2014 | TDCJ McConnell Unit Offenders by religious preference | Consol.01628-1631 |
| P052 | 1/1/2015 | TDCJ Offender Orientation Handbook | Consol.01632-1779 |
| P053 | 5/8/2006 | TDCJ Administrative directive re: Religious Programming | Consul.01782-1795 |
| P054 | 3/31/2015 | TDCJ Offenders Housed at McConnell Unit by Custody Data as of March 31, 2015 | Consol.01960-1961 |
| P055 | 3/31/2015 | TDCJ Offenders Housed at McConnell Unit claiming Native American as Religious Preference, by Custody, Data as of March 31, 2015 | Consol.01962-1963 |
| P056 | 2013 | TDCJ Annual Review for 2013 | Consol.01964-2023 |
| P057 | 8/17/2013 | TDCJ Affidavit of Karen Hall re: number of adult, male offenders incarcerated at the McConnell Unit on August 17, 2013 (2,654) | Consol.02053 |
| P058 | 6/1/2009 | TDCJ Native American Religious Services and Practices in the TDCJ "Procedures for Religious Programming" | Consol.02062-2064 |

| Exhibit No. | Date | Description | Bates |
|---|---|---|---|
| P059 | 6/1/2009 | TDCJ Reassignment to Native American Designated Unit | Consol.02065-2068 |
| P060 | 11/1/2008 | TDCJ Chaplaincy Manual re: Religious Devotional Items and Observed Holy Days | Consol.02072-2120 |
| P061 | 5/31/2013 | TDCJ 3rd Quarter Offender Religious Preference Report | Consol.02299-2310 |
| P062 | 5/31/2013 | TDCJ Offenders on Hand by Unit by Religious Preference Data as of May 31, 2013 | Consol.02311-2365 |
| P063 | 6/30/2013 | TDCJ Offenders Assigned to McConnell Unit by Custody | Consol.02383-2384 |
| P064 | | TDCJ Rehabilitation Programs Division, Chaplaincy Program, Program Overview | none |
| P065 | | Del. Dep't of Corrections Policy # 5.3 (June 22, 2015 | None |
| P066 | | Idaho Dep't of Correction, Standard Operating Proc. 306.02.01.001 | None |
| P067 | | Iowa Admin. Code § 201-15.14(3) | None |
| P068 | | Kan. Dep't of Corrections, Internal Mgmt. Policy & Proc. # 12-129 (Oct. 15, 2010) | None |
| P069 | | Ky. Corrections Policy # 15.1 (Feb. 1, 2013) | None |
| P070 | | Maine Dep't of Corrections Policy # 17.3, Prisoner Personal Hygiene, General Guidelines | None |
| P071 | | Mich. Dep't of Corrections, Policy Directive #03.03.130 (Feb. 23, 2009) | None |
| P072 | | Minn. Dep't of Corrections, Div. Directive # 303.020 (Aug. 5, 2014) | None |
| P073 | | N. Mex. Corrections Dep't, Policy #'s CD151100 and 151101 | None |

| EXHIBIT NO. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| P074 | | N.Y. Dep't of Corrections and Community Supervision, Directive # 4914 (July 6, 2015) | None |
| P075 | | Oregon Admin R. 291-123-015 | None |
| P076 | | Penn. Dep't of Corrections Policy # DC-ADM 807 | None |
| P077 | | Penn. Dep't of Corrections Policy # DC-ADM 819 | None |
| P078 | | Tenn. Dep't of Corrections, Admin. Policy & Proc. # 502.03 (June 15, 2009) and 118.01 (Feb. 15, 2014) | None |
| P079 | | U.S. Bureau of Prisons, Program Statement 5230.05 (Nov. 4, 1996) | None |
| P080 | | W. Va. Div. of Corrections, Policy Directive #334.01 (Sept. 1, 2007) | None |
| P081 | | Wyo. Dep't of Corrections, Policy & Proc. # 4.201 | None |
| P082 | | Arkansas Dep't Correction, AR840 Personal Cleanliness and Grooming for Inmates | None |
| P083 | | Alaska Admin. Code tit. 22, § 05.180(c) (2017-2018) | None |
| P084 | | Ariz. Dep't of Corr., Department Order No. 704.01 (2013) | None |
| P085 | | Cal. Code Regs. tit. 15, § 3062(e) (2016) | None |
| P086 | | Colo. Dep't of Corr., Administrative Regulation No. 850-11 § IV(J) (2018) | None |

| Exhibit No. | Date | Description | Bates |
|---|---|---|---|
| P087 | | Conn. Dep't of Corr., Administrative Directive No. 6.10 § 36(B) (2013) | None |
| P088 | | D.C. Dep't of Corr., Policy No. 4010.2F §§ 9, 10(d) (2016) | None |
| P089 | | Ill. Admin. Code tit. 20, § 502.110(a) (2011) | None |
| P090 | | Ind. Dep't of Corr., Policy No. 02-01-104 § X (2013) | None |
| P091 | | Kan. Admin. Regs. § 44-12-106(a) (2016) | None |
| P092 | | Md. Comm'n on Corr. Standards, Standards, Compliance Criteria, and Compliance Explanations for Adult Correctional Institutions § .05(K) (2012) | None |
| P093 | | Mont. Dep't of Corr., Policy No. 4.4.1 § III(H)(3) (2013) | None |
| P094 | | Neb. Dep't of Corr. Servs., Administrative Regulation No. 116.01 § III(E) (2017) | None |
| P095 | | Nev. Dep't of Corr., Administrative Regulation No. 705.01 § 1 (2014) | None |
| P096 | | N.H. Dep't of Corr., Manual for the Guidance of Inmates § II(B)(4)(c) (2011) | None |
| P097 | | N.J. Admin. Code § 10A:14-2.5(a) (2016) | None |
| P098 | | N.C. Dep't of Pub. Safety Prisons, Policy & Procedures Ch. E, § .2107 (2014) | None |
| P099 | | N.D. Dep't of Corr. & Rehab., North Dakota Correctional Facility Rules r. 69 (2016) | None |

| EXHIBIT NO. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| P100 | | Ohio Admin. Code 5120-9-25(A), (D) (2016) | None |
| P101 | | Okla. Dep't of Corr., Operations Memorandum No. OP-030501 § III (2018) | None |
| P102 | | S.D. Dep't of Corr., Inmate Living Guide (2017) | None |
| P103 | | Utah Dep't of Corr., Inmate Orientation Handbook (2013) | None |
| P104 | | Wash. Dep't of Corr., Policy No. DOC 440.080 (2017) | None |
| P105 | | Wis. Admin. Code DOC § 309-24(3) (2016) | None |
| P106 | | Religious Freedom and Inmate Grooming Standards, D. Sidhu (2012) | None |
| P107 | | Appendix B from Religious Freedom and Inmate Grooming Standards, D. Sidhu (2012) | None |
| P108 | 9/25/2017 | Alabama Department of Corrections Male Inmate Handbook | None |
| P109 | 7/20/2017 | Florida Administrative Code 33-602.101 Care of Inmates | None |
| P110 | | Georgia Department of Corrections Inmate Handbook | None |
| P111 | 12/29/2008 | Hawaii Department of Corrections Policy No. COR.10.1F.05 - Personal Hygiene | None |
| P112 | | INTENTIONALLY LEFT BLANK | |

| Exhibit No. | Date | Description | Bates |
|---|---|---|---|
| P113 | 6/1/2016 | Mississippi Department of Corrections Inmate Handbook, Section VI, IV(D) | None |
| P114 | | Missouri Eastern Correction Center Offender Handbook (September 2010) | None |
| P115 | | Massachusetts Department of Correction 103 DOC 750 Hygiene Standards | None |
| P116 | | Rhode Island Department of Corrections Inmate Rulebook (2013) | None |
| P117 | 11/1/2006 | South Carolina OP-22.13, "Inmate Grooming Standards" | None |
| P118 | | Vermont Northeast Regional Correctional Facility Inmate Handbook (May 2010) | None |
| P119 | 8/1/2016 | Virginia OP 864.1 Offender Grooming and Hygiene | None |
| P120 | | § 277.7. Compelling Haircuts, 37 TX ADC § 277.7 | None |

adm 8/29/18

adm 8/29/18

Dated this 20th day of August, 2018.        Respectfully submitted

                                            YETTER COLEMAN LLP

                                            /s/ *Robert K. Ellis*
                                            Robert K. Ellis
                                            Texas State Bar No. 24076367
                                            Steven C. Messer
                                            Texas State Bar No. 24092829
                                            811 Main, Suite 4100
                                            Houston, TX 77002
                                            713.632.8000
                                            713.632.8002 (F)
                                            rellis@yettercoleman.com
                                            smesser@yettercoleman.com

                                            ATTORNEYS FOR PLAINTIFF

## Certificate of Service

I certify that on the 20th day of August, 2018, a copy of this document was served on all counsel of record using the Court's e-filing system.

                                            /s/ *Steven C. Messer*
                                            Steven C. Messer