UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBBIE DOW GOODMAN, <br> WILLIAM CASEY, and <br> RAYMOND COBB, <br> <br> Plaintiffs, <br> <br> v. <br> <br> LORIE DAVIS, Director, TDCJ-CID <br> <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL NO. 2:12-CV-166 |

**PLAINTIFFS' NOTICE OF FILING EXHIBITS ADMITTED AT TRIAL**

PLEASE TAKE NOTICE that, pursuant to ECF 299, Plaintiffs' hereby file their exhibits that were pre-admitted and admitted during trial proceedings for the above-mentioned cause that took place before the Honorable Nelva Gonzales Ramos on August 29 – August 31, 2018.

-2-

Dated this 4th day of September, 2018.

Respectfully submitted

YETTER COLEMAN LLP

/s/ Robert K. Ellis
Robert K. Ellis
Texas State Bar No. 24076367
Steven C. Messer
Texas State Bar No. 24092829
811 Main, Suite 4100
Houston, TX 77002
713.632.8000
713.632.8002 (F)
rellis@yettercoleman.com
smesser@yettercoleman.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2018, a copy of this document was served on all counsel of record through the Court's Electronic Case Filing system.

/s/ Steven C. Messer
Steven C. Messer