**AFFIDAVIT**

THE STATE OF TEXAS     §
                                 §

COUNTY OF BEE         §

        BEFORE ME, the undersigned authority, personally appeared E. Metz, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say the following is true and correct.

        "My name is E. Metz. I am of sound mind, capable of making this affidavit, and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated.

        "I am employed as the Inmate Records Superviser for the Texas Department of Criminal Justice ("TDCJ"), located in Beeville, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ.

        "I have reviewed the request for records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody. I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ. The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by and employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here.

        "Attached are copies of the records of offender Davis, Teddy #807688 and offender Goodman, Robbie #758386 described as   complete disciplinary files, which were requested."

                                 _____

                                   E. Metz, Affiant

        SWORN TO AND SUBSCRIBED BEFORE ME on 10/9/12, by the said E. Metz, to certify which, witness my hand and seal of office

                                   _____

                                 Notary Public in and for the State of Texas



CANDACE R. MOORE
NOTARY PUBLIC
NOTARY WITHOUT BOND
STATE OF TEXAS
My Comm. Exp. 08-21-2013

Goodman—398

**Cause No. 2:12-cv-166**
**Plaintiffs' Exhibit: P002**

I-47MI DISCIPLINARY REPORT

DATE: 20100308202 TIME: TDCJ-ID: 00758386 NAME: GOODMAN, ROBBIE DOW SR
UNIT: ML   HSNG: 19W   015        JOB: BAKER 3RD                    EH:
CLSS: S3  CUST: G2  PRIMARY LANGUAGE: ENGLISH    MHMR RESTRICTIONS:   NONE   IQ:
CODE: MI / AG    OFF.DATE: 06/26/10  01:45 PM  LOCATION: ML MISCELLANEOUS
TYPE: ID

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT 19W-15 CELL , OFFENDER: GOODMAN,
ROBBIE DOW SR, TDCJ-ID NO. 00758386, DID POSSESS CONTRABAND, NAMELY, ANTENNA
WHICH IS AN ITEM THAT IS NOT ALLOWED OR ASSIGNED TO AN OFFENDER, AND NOT BY
OFFENDER FOR HIS USE FROM THE COMMISSARY.

JUN 28 '10

CHARGING OFFICER: CANTU, C. COIV                      SHIFT/CARD: 1 B

### OFFENDER NOTIFICATION

TIME/DATE NOTIFIED: 6-24-10    0901    BY:(PRINT) Sgt Benitez   IF APPLICABLE INTERPRETE
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF TH
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.  DO YOU WANT TO ATTEND THE HEARING? (YES) NO    IF NO, HOW DO YO
PLEAD?  GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: _Robbie Goodman_            DATE: 6-29-
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING
OFFENDER WAIVER SIGNATURE: _____            DATE: _____

### HEARING INFORMATION

HEARING DATE: 7-2-10  TIME: 19:38   INTERPRETER SIGNATURE: _____
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS
AND HOLIDAYS, FROM THE OFFENSE DATE:

OFFENDER STATEMENT: I had the antenna up, but the Officer did
not tell us to take them down.

OFFENSE CODES.              14.0
OFFENDER PLEA: (G) NG. NONE)  |___G___|_____|_____|_____|_____|
FINDINGS: (G) NG. DS)         |___G___|_____|_____|_____|_____|

### PUNISHMENT

LOSS OF PRIV(DAYS) _____   REPRIMAND _Verbal_
 *RECREATION(DAYS) _____   EXTRA DUTY(HOURS) _____
 *COMMISSARY(DAYS) _____   CONT.VISIT SUSP THRU __/__/__
 *PROPERTY(DAYS).. _____   CELL RESTR(DAYS) _____
 * _____ (DAYS)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT. _____
_LT. J. Miles_
HEARING OFFICER (PRINT)                          WARDEN

(FORM I-47MI) CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 04-10) COMUNIQUESE CON _____ PERSONAL SI NO ENTIENDE ESTA FORM

Goodman-399

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**OFFENSE REPORT**

JUN 28 2010

| Informal Resolution App? | | |
|---|---|---|
| Officer | Y | (N) |
| Supervisor | Y | (N) |

| Case No. _____ |
|---|
| MHMR Rest?    Y    (N) |
| PHD    Y    (N) |

(1) TDCJ-No. 758386  (2) Offender Goodman, Robbie DRW  (3) Unit ML

(4) Housing Assign: 9W-015  (5) Job Assignment: L15 Baker 3rd  (Last Name, First)

(6) Offense Level, Code Title: Level 2  Code 16.0  Possession of Contraband.

OFFENSE DESCRIPTION:  On 10/20/10 at 1345 AM/PM, and at 9W-15 cell
                                      (7) Date      (8) Time                  (9) Enter Specific Location

Offender Goodman, Robbie Dew  TDCJ No. 758386

did posses Contraband namely, antenna
on wire which is not cultured or assigned
to an offender and not by the offender
for his use from the Commasary.

(10) Additional Information: On the date and time listed
above and at 9Building W-Dorm
15 cell Offender Robbie Goodman TDC#
758386 had his intenta placed on the
wall hanging from his cubical in
an unauthorized fashion.

(Continue on additional sheet if necessary)

(11) Witnesses: None

(12) Accusing Officer/Employee: Printed Name/Rank  C. Curry

(13) Signature: _____  (14) Shift/Card 1/2  (15) Date 6-25-10  (16) Time 1400

(17) Approving Supervisor's Printed Name: S. Phipps  (18) Date 6-27-10

(19) Grading Official (Print)  A Gonzales  (20) Rank Major  (21) Date 6/29/10

(22) Grade: (Circle One)  IR  UP  (MI)  MA  (23) Justification to override Informal Resolution: _____

I-210 (rev. 01/98)

Goodman—400

PRELIMINARY INVESTIGATION REPORT

This report is to be completed on each Offense Report for review by the grading official. The purpose of this report is to obtain any other pertinent information about the incident prior to grading the Offense Report. The Preliminary investigation should not be completed by the charging officer or a person involved in the incident.

Offender: _Goodman, Robbie_   TDCJ No. _758338_

Date & Time Investigation started: _26 Jun 10 / 1429_

1.   ELEMENTS OF CHARGE.   Does the offense description support the elements of each charge (the things that had to be done in order to commit an offense). If "No," have charging officer add needed information.

Offense Code _16_ :   Yes [✓] No [ ]        Offense Code _____:   Yes [ ] No [ ]
Offense Code _____ :   Yes [ ] No [ ]        Offense Code _____:   Yes [ ] No [ ]

2.   ADDITIONAL INFORMATION.   Has the charging officer included supporting information or evidence to supplement the standardized pleading such as items listed below? (Write "Yes", "No," or "NA" [not applicable] by each item).

_No_     a.   listing other witnesses to the incident,
_No_     b.   documentary evidence, e.g., photographs of contraband, etc.
_Yes_    c.   additional information about the offense.

3.   ACCUSED OFFENDER states that:   (Print interpreter's name if applicable):

_I Hailing my Antenna up I was in the House listening to Radio " "_

4.   ACCUSING OFFICER states that: _O/F Had possess Contraband_

5.   WITNESS STATEMENTS (List employee or offender; attach statements to report): _____
_None_

6.   DOCUMENTATION.   Documents reviewed (lay-ins, appointments, medical records, etc.)
☐ Lay-ins,  ☐ Roster,  ☐ Medical Records,  ☐ Picture,  ☐ Other (List & attach to report)
_None_

_A. Ortiz_                    _ST_              _26 June 10 / 1431_
Name of Investigating Officer (Print)                    Date & Time Investigation Completed

7   INFORMAL RESOLUTION was not appropriate or not possible because: 
_Inmate Possession of Contraband will not be Tolerated_

_S. Phipps_                    _LT_              _5-27-10_
Approving Supervisor's Printed Name              Rank              Date

Goodman—401

```
LPE8084 /ML71        TEXAS DEPARTMENT OF CRIMINAL JUSTICE        2010-06-
                     OFFENDER DISCIPLINARY SYSTEM                   09.57.5
                     OFFENDER CASE GRADING REPORT
TDCNO: 00758386   NAME: GOODMAN,ROBBIE DON SR         GOOD TIME: 0011 10
CLASS: S3      CUSTODY: G2  UNIT: ML  OFFENDER TYPE: ID WORK TIME: 0006 07
RESTRICTIONS:


*****************************************************************************
 REPORT REFLECTS OFFENDER AND CASE INFORMATION AS OF:   2010-06-28   09.57.53
*****************************************************************************

 NO CONVICTIONS ON FILE FOR LAST 180 DAYS

 PENDING CASES FOR LAST 180 DAYS

 OFF          CASE        CODE DESCRIPTOR LV GRADE   NOTES

 062610       20100306602 16.0 NC          2      COMPUTER RECOMMENDED GRADE:

 END OF PENDING CASES
```

Goodman-402

CASE: 20090061530  TDCJ-NO. 00758386  NAME: GOODMAN, ROBBIE DOW SR  **DISCIPLINARY REPORT AND HEARING RECORD**
UNIT: ML  HSNG: RL23  A0 8
CLASS: L3  CUST: G4  WORK L/S MED SQ 03
GRADE: MA / AA  PRIMARY LANGUAGE: ENGLISH
TYPE: ID  OFF. DATE: 10/31/08  09:50 AM  LOCATION: ML 8 BUILDING

**OFFENSE DESCRIPTION**

ON THE DATE AND TIME LISTED ABOVE, AND AT 8 BUILDING, RECREATION YARD, OFFEND
GOODMAN, ROBBIE DOW SR, TDCJ-ID NO. 00758386, DID POSSESS CONTRABAND, NAMELY
CHILD PRONOGRAPHY.

CHARGING OFFICER: MCGOVRAN, M SGT

**OFFENDER NOTIFICATION**

TIME & DATE NOTIFIED:  SHIFT CARD:
YOU WILL APPEAR BEFORE A HEARING OFFICER  BY: (PRINT)  IF APPLICABLE, INTERPRET
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES / NO. IF NO, HOW DO YOU
PLEAD? GUILTY   NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING   DATE:
OFFENDER WAIVER SIGNATURE:

**HEARING INFORMATION**

HEARING DATE:   TIME:   DATE:
COUNSEL SUBSTITUTE AT HEARING:   TAPE #   SIDE #   START #   END #
EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2) THE ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STATED, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE)

OFFENSE CODE:
OFFENDER PLEA:
FINDINGS:
REDUCED TO:
IF GUILTY, EVIDENCE...
EXPLAIN IN DETAIL:

**PUNISHMENT**

LOSS OF PRIV (DAYS)
*RECREATION (DAYS)
*COMMISSARY (DAYS)
*PROPERTY (DAYS)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**OFFENSE REPORT**

NOV 03 2008

| Informal Resolution App? | | |
|---|---|---|
| Officer | Y | Ⓝ |
| Supervisor | Y | Ⓝ |

Case No. _____

MHMR Rest? Y Ⓝ

PHD Y Ⓝ

(1) TDCJ-No. 758336  (2) Offender Goodman Robbie  (3) Unit McConnell
                                          (Last Name, First)

(4) Housing Assign: 8L48b  (5) Job Assignment: 1/s med squad

(6) Offense Level, Code Title: Level 2 Code 16 Possession of Contraband

OFFENSE DESCRIPTION:  On 10-31-08 at 0950 AM/PM, and at 8bldg recreation yard
                              (7) Date      (8) Time                    (9) Enter Specific Location

Offender Goodman Robbie                                       TDCJ No. 758336

did possess contraband, namely child pornography.

(10) Additional Information: On 10-31-08 at approx 0950 while inspecting offender property during lockdown observed that offender Goodman Robbie had in his personal property typed literature containing graphic detail of young children having sex. Offender claimed ownership of the typed literature and signed a confiscation slip for the contraband.

*(Continue on additional sheet if necessary)*

(11) Witnesses: n/a

(12) Accusing Officer/Employee: Printed Name/Rank  McGovran M.

(13) Signature: McGovran M.  (14) Shift/Card 1A  (15) Date 10-31-08  (16) Time 1000

(17) Approving Supervisor's Printed Name: Capt B. Dison  (18) Date 11-1-08

(19) Grading Official (Print) Ambriz  (20) Rank ___  (21) Date 11 30 8

(22) Grade: (Circle One)  IR  UP  MI  (MA)  (23) Justification to override Informal Resolution: _____

☆I-210 (rev. 01/98)

Goodman—404

## PRELIMINARY INVESTIGATION REPORT

This report is to be completed on each Offense Report for review by the grading official. The purpose of this report is to obtain any other pertinent information about the incident prior to grading the Offense Report. The Preliminary investigation should not be completed by the charging officer or a person involved in the incident.

Offender: **Goodman, Robbie**     TDCJ No. **758 386**

Date & Time Investigation started: **10-31-08**     **1228**

1. **ELEMENTS OF CHARGE.** Does the offense description support the elements of each charge (the things that had to be done in order to commit an offense). If "No," have charging officer add needed information.

     Offense Code **16.0**: Yes [ ] No [ ]     Offense Code _____: Yes [ ] No [ ]
     Offense Code _____: Yes [ ] No [ ]     Offense Code _____: Yes [ ] No [ ]

2. **ADDITIONAL INFORMATION.** Has the charging officer included supporting information or evidence to supplement the standardized pleading such as items listed below? (Write "Yes," "No," or "NA" [not applicable] by each item).

     **no** a. listing other witnesses to the incident,
     **no** b. documentary evidence, e.g., photographs of contraband, etc.
     **yes** c. additional information about the offense.

3. **ACCUSED OFFENDER** states that: (Print interpreter's name if applicable):

     " It's mine "

4. **ACCUSING OFFICER** states that:

     did posses Contraband, namely child porn literature

5. **WITNESS STATEMENTS** (List employee or offender; attach statements to report):

     none

6. **DOCUMENTATION.** Documents reviewed (lay-ins, appointments, medical records, etc.)
     ☐ Lay-ins, ☐ Roster, ☐ Medical Records, ☐ Picture, ☐ Other (List & attach to report)

     none

| I. Peralez | Sgt. | 10-31-08 1230 |
|---|---|---|
| Name of Investigating Officer (Print) | Rank | Date & Time Investigation Completed |

7. **INFORMAL RESOLUTION** was not appropriate or not possible because:

     This type of Conduct will not be tolerated

| B. Crow | Cpt. | 11-1-08 |
|---|---|---|
| Approving Supervisor's Printed Name | Rank | Date |

```
CSDSP028/CDSP04            TEXAS DEPARTMENT OF CRIMINAL JUSTICE
LWY4787 /ML10             OFFENDER DISCIPLINARY SYSTEM              2008-11-0
                          OFFENDER CASE GRADING REPORT             07.09.4
TDCNO: 00758386     NAME: GOODMAN,ROBBIE DOW SR
CLASS: L2  DSP  CUSTODY: G4  UNIT: ML  OFFENDER TYPE: ID  GOOD TIME: 0011 00 1
RESTRICTIONS:                                              WORK TIME: 0005 10 0
```

```
****************************************************************************
REPORT REFLECTS OFFENDER AND CASE INFORMATION AS OF:  2008-11-03   07.09.43
****************************************************************************
```

```
CONVICTIONS FOR LAST 180 DAYS
OFF      HEAR   CASE            CODE DESCRIPTOR LV GRD REP/SOL/CLAS/TIME/XD/CR/PR/C

083008  090708  20090000832  37.0 UP           2 MI G
073108  081008  20080329667  24.0              2 MI G  X                    015
                             37.0 UP                                        015
051308  052208  20080247130  24.0              2 MI G  X
                             45.0                                           005

END OF CONVICTIONS FOR LAST 180 DAYS
```

```
****************************************************************************
```

```
PENDING CASES FOR LAST 180 DAYS

OFF           CASE            CODE DESCRIPTOR LV GRADE   NOTES
103108        20090061530  16.0 DC              2     COMPUTER RECOMMENDED GRADE: MA

END OF PENDING CASES
```

CSIDSP010
ML   ML71                              I.D.C.J.                          2008/11
                          SERVICE INVESTIGATION WORK SHEET                  08:07

CASE#: 20040061530,   IDCJ # 00/58386,   NAME: GOODMAN.ROBBIE DOW SR

3. THE ACCUSED REASONS AND/OR DEFENSES HAVE BEEN LOGICALLY AND
   SYSTEMATICALLY INVESTIGATED AS FOLLOWS:
   A. _____ REVIEWED CASE
   B. _____ INTERVIEWED ACCUSED
   C. NAME OF INTERPRETER USED: _____

   d. Does not need Brush Clearance

   _____ CONCLUDE INVESTIGATION  CS-1 DB

4. ON _____, THE ACCUSED OFFENDER PRESENTED NON-FRIVOLOUS EVIDENCE,
   THE CHARGING  OFFICER/STAFF WITNESS WAS PRESENTED WITH A SUMMARY OF
   THE ACCUSED STATEMENT, ADDITIONAL STATEMENT IS AS FOLLOWS:

5. LIST THE PORTIONS OF THE INVESTIGATION THAT APPEAR TO SUPPORT THE CHARGES
   MADE AGAINST THE ACCUSED:

6. LIST THE PORTIONS OF THE INVESTIGATION THAT APPEAR TO SUPPORT THE
   ACCUSED REASONS, AND/OR DEFENSES:

COUNSEL SUBSTITUTE PRINTED NAME: _____   TITLE: CS-1

COUNSEL SUBSTITUTE SIGNATURE: _____
CS-10.11B                                DATE: 11/03/8
                                         REVISED 08/2005

CSDSP040
ML — ML71

T.D.C.J.
SERVICE INVESTIGATION WORK SHEET

2008/11
08:07

CASE#: 20090061530,  TDCJ # 00758386,  NAME: GOODMAN,ROBBIE DOW SR
CURRENT UNIT: ML,  HOUSING: BL23   48  B, CLASS: L2,  CUSTODY: G4,  TYPE:
OFFENSE DATE:  103108, TIME: 09 : 50 AM, LOCATION:  ML TBU 8 BUILDING
CHARGING OFFICER: MCGOVRAN, M SGT
OFFENSE CODES: A) 16 .0,      B)   .  ,    C)   .  ,    SHIFT/CARD: 1.
DESCRIPTORS:   A) DC  ,      B)   . ,      C)   . ,      D)   . ,
PLEA:          A)  G       , B) _____ , C) _____ , D) _____
CLERK RCVD: 110308, SERVICE LAPSE DATE: 113008 ,
CS ASSIGNED:  Bryant D. CS    SERVICE DATE: 11 ..
SERVICE TIME: ..

COUNSEL SUBSTITUTE HAS BEEN APPOINTED BECAUSE:

A. ACCUSED IN ANY FORM OF          E. ACCUSED HAS REQUESTED COUNSEL
   SEGREGATION                        SUBSTITUTE
B. EA BELOW 5.0  IQ BELOW 73       F. ACCUSED HAS REQUESTED WITNESS WHO
C. LITERACY IS QUESTIONABLE           CAN NOT ATTEND THE HEARING
D. ACCUSED HAS DIFFICULTY UNTER-   G. COMPLEXITY OF CASE WARRANTS COUNSEL
   STANDING ENGLISH                   SUBSTITUTE

A. OFFICER'S REPORT CLEARLY DESCRIBES THE INCIDENT IN QUESTION:    YES ✓ NO_
B. CHARGES LISTED WERE REVIEWED WITH REFERENCE TO TDCJ DISCIPLINARY
                                     RULES AND PROCEDURES: YES ✓ NO_
C. OFFENSE DESCRIPTION IN REPORT SUBSTANTIATES EACH OF THE
                              ALLEGED OFFENSES WERE VIOLATED: YES ✓ NO_
   IF NO, EXPLAIN: _____

1. THE ACCUSED WAS INFORMED OF THE FOLLOWING RIGHTS:
A. TO CALL AND QUESTION WITNESSES                                    YES  N
B. TO PRESENT DOCUMENTARY EVIDENCE
C. TO BE REPRESENTED BY COUNSEL SUBSTITUTE                            ✓
D. TO CALL AND QUESTION THE CHARGING OFFICER AT THE HEARING           ✓
E. THE ACCUSED STATES HE/SHE UNDERSTANDS REPORT, CHARGES AND RIGHTS   ✓
F. THE ACCUSED STATES HE/SHE WISHES TO ATTEND HIS/HER HEARING         ✓

2. THE ACCUSED REASONS AND/OR DEFENSE: _____
He was just fantisy writing threts
all it was.

A. REQUESTED WITNESSES: _____
None

B. REQUESTED DOCUMENTARY EVIDENCE: _____

CS-19.11A

REVISED 10/0.

CSDSP040
ML - ML 71

T.D.C.J.
HEARING WORK SHEET

2008/11/
08:07:

CASE#: 20090061530,   TDCJ # 00758386,   NAME: GOODMAN, ROBBIE DOW SR
CURRENT UNIT: ML,   HOUSING: 8L23   48  B, CLASS: L2,   CUSTODY: G4,   TYPE:
OFFENSE DATE:   103108, TIME: 09 : 50 AM, LOCATION: ML TBU  8 BUILDING
CHARGING OFFICER: MCGOVRAN, M SGT                                  SHIFT/CARD: 1/
OFFENSE CODES: A) 16 ,         B)       ,        C)    ,  ,        D) ,  ,
DESCRIPTORS:   A) DC _Guilty_,  B)         ,         C)          ,    D)    ,
PLE_ _Guilty_,               B)          ,         C)          ,  ,  D)
FINDING:   A)  _Guilty_,       B)          ,         C)          ,    D)
DHO _Quintana_, CS: _____       _____
HEARING DATE/TIME: 1/06/08 0830 AM_ IVE 24 HRS YES ___ _NO_ ,  SERVICE DATE: 11/08/
                                                              SERVICE TIME: 4:05

A. ACCUSED OFFENDER'S STATEMENT @ HEARING:
It was fantasy writing for myself and for no one
else. It didn't go no where. It was bull.

B. CHARGING OFFICER'S STATEMENT:
No not interviewed due to a failure to presi_
non frivolous evidence.

C. CROSS EXAMINATION/QUESTIONS: _none_

D. HEARING NOTES: Served by DB represented by DS was given a
opportunity to discuss report and additional information
prior to hearing.

WITNESSES: _none_

DOCUMENTARY EVIDENCE: _none_
E. OBJECTIONS: YES ___ NO _✓_ IF YES, EXPLAIN: _none_

F. SUMMATION/MITIGATION _Consider honesty_
_lenience if found guilty_

OFFENDER GOODMAN, ROBBIE D WOULD YOU LIKE TO SAY ANYTHING ELSE? YES ___ NO _✓_
                                                                    _none_

CS CHECK LIST:                        YES  NO  N/A
OFFENDER PRESENT                       _✓_                NON-FRIVOLOUS EVIDENCE      YES  NO  N A
CS-14                                      _✓_            CROSS EXAMINATIONS              _✓_
INTERPRETER USED                           _✓_           CREDIT (PHD)                    _✓_
                                                          MODIFICATION _cschang_     _✓_
INTERPRETER'S NAME _____                     APPEALABLE                  _✓_
SANCTIONS ASSESSED: _none_                                DRUG TEST DISCLAIMER READ
LOSS OF PRIV__ , REPRIMAND                                   SOLITARY
RECREATION _✓_  EXTRA DUTY                                   REMAIN L 3
COMMISSARY _✓_  CONT. VISIT ___ HRU_____                  REDUC CLASS FROM ___  TO ___
PROPERTY ___ ,  CELL REST                                 GOOD TIME LOSS _30_
                SPECIAL CELL                              DAMAGES
CS-12                                                                    REVISED 08/2005

Goodman–409

TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20080336386   00758386   NAME: GOODMAN, ROBBIE DOW SR
UNIT: ML   HSNG: 8L22   38 T   JOB: GARDEN SQ 11   EA: 16
CLASS: L2   CUST: G4   PRIMARY LANGUAGE: ENGLISH   IQ: 09
GRADE: MI / AA   OFF.DATE: 08/30/08   12:30 PM   LOCATION: ML 8 BUILDING   MHMR RESTRICTIONS:   N
TYPE: ID

## OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT 8 BUILDING, L-POD, 1 SECTION,
SHOWER #3, OFFENDER: GOODMAN, ROBBIE DOW SR, TDCJ-ID NO. 00758386, WAS IN
SHOWER #3 WHEN IN FACT SAID OFFENDER HAD NO AUTHORIZATION TO BE IN SUCH PLACE.

SEP 0 3 2008

SEP 0 3 2008

CHARGING OFFICER: APARICIO, G. COV   SHIFT/CARD: 1 B

## OFFENDER NOTIFICATION

TIME & DATE NOTIFIED: 0338   9/4/08   BY:(PRINT) Sgt. Lopez   IF APPLICABLE INTERPRETER
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.   YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.   DO YOU WANT TO ATTEND THE HEARING? (YES) NO   IF NO, HOW DO YOU
PLEAD?   GUILTY   NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: X _Robbie Dow Goodman_   DATE: 9/4/08
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: _____   DATE: _____

## HEARING INFORMATION

HEARING DATE: 09-7-08   TIME: 0150   INTERPRETER SIGNATURE: _____
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS AND
HOLIDAYS, AFTER THE OFFENSE DATE: _____

OFFENDER STATEMENT: _we were Authoriz to shower by officer west_

OFFENSE CODES:   32.0
OFFENDER PLEA: (G), NG, NONE)   G
FINDINGS: (G) NG, DS)

## PUNISHMENT

LOSS OF PRIV(DAYS)   REPRIMAND _____
*RECREATION(DAYS) 15   EXTRA DUTY(HOURS) _____
*COMMISSARY(DAYS)   CONT.VISIT SUSP THRU ___/___/___
*PROPERTY(DAYS)..   CELL RESTR(DAYS) _____
* _____ (DAYS)

OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT X _Robbie Dow Goodman_
Garza K
HEARING OFFICER (PRINT)   WARDEN
(FORM I-47MI) CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 03-02) COMUNIQUESE CON UN MIEMBRO DEL PERSONAL SI NO ENTIENDE ESTA FORMA

Goodman-422

Informal Resolution App?
Officer    Y   N
Supervisor   Y   N

**TEXAS DEPARTMENT OF CRIMINAL JUST**

**OFFENSE REPORT**

2009

(1) TDCJ-No. **758386**    SEP 0 2 2008

Case No.

(4) Housing Assign: **8L-3BT**    (2) Offender **Goodman, Robbie Dow**

MHMR Rest
PHD

(6) Offense Level, Code Title: **Level 2 Code 27.0 out of Place**    (Last Name, First)

(5) Job Assignment: **Institutional Lockdo**    (3) Unit **ML**

OFFENSE DESCRIPTION:

On **8-30-08** at **1230** AM/**PM** and at **8L 2sot Shower #**

Offender **Goodman, Robbie Dow**
(7) Date    (8) Time    (9) Enter Specific Location

**Was in shower #3 when in fact said offender had no authorization to be in such place.**

TDCJ No. **758386**

(10) Additional Information:

**On date and time as stated above I Officer Aparicio was**
**8L Control. Offender Goodman # 758386 came back from**
**chow and went into shower #3 And took a shower. They**
**are on lockdown status they had dayroom and shower**
**time at 8 A.M. - 10 A.M., so said offender was out of**
**place. I ID offender thru sight.**

Witnesses: **N/A**

(Continue on additional sheet if necessary)

Accusing Officer/Employee: Printed Name/Rank **G. Aparicio CoIV**

Signature **G. Aparicio**

Approving Supervisor's Printed Name: **J. Tanson**

(14) Shift/Card **1BQP** (15) Date **8-30-08**

ding Official (Print) **Ambron**

: (Circle One)   IR   UP   ML   X

/98)    (23) Justification to ove

(16) Time **1525**

(18) Date **8/30/**

Goodman-423

## RELIMINARY INVESTIGATION REPO[R]T

This report is to be completed on each Offense Report for review by the grading official. The purpose of this report is to obtain any other pertinent information about the incident prior to grading the Offense Report. The Preliminary investigation should not be completed by the charging officer or a person involved in the incident.

Offender: _Goodman Robbie_                                    TDCJ No. _758386_

Date & Time Investigation started: _30 Aug 08 / 1620_

1. **ELEMENTS OF CHARGE.** Does the offense description support the elements of each charge (the things that had to be done in order to commit an offense). If "No," have charging officer add needed information.

   Offense Code _27_ :   Yes [✓] No [ ]        Offense Code _____ :   Yes [ ] No [ ]
   Offense Code _____ :   Yes [ ] No [ ]        Offense Code _____ :   Yes [ ] No [ ]

2. **ADDITIONAL INFORMATION.** Has the charging officer included supporting information or evidence to supplement the standardized pleading such as items listed below? (Write "Yes," "No," or "NA" [not applicable] by each item).

   _NO_  a.   listing other witnesses to the incident,
   _NO_  b.   documentary evidence, e.g., photographs of contraband, etc.
   _YES_  c.   additional information about the offense.

3. **ACCUSED OFFENDER states that:** (Print interpreter's name if applicable):

   _No Statements_

4. **ACCUSING OFFICER states that:** _O/E was in fact out of place_

5. **WITNESS STATEMENTS** (List employee or offender; attach statements to report): _____

   _None_

6. **DOCUMENTATION.** Documents reviewed (lay-ins, appointments, medical records, etc.)
   ☐ Lay-ins, ☐ Roster, ☐ Medical Records, ☐ Picture, ☐ Other (List & attach to report)

   _None_

   _A. Ocha-Z_                          _Sgt_              _30 Aug 08  1622_
   Name of Investigating Officer (Print)        Rank          Date & Time Investigation Completed

7. **INFORMAL RESOLUTION** was not appropriate or not possible because:

   _Nature of Offense_

   _J. Janera_                          _Lt_              _8/30/18_
   Approving Supervisor's Printed Name           Rank            Date

```
CSJ5P0           DEPARTMENT OF CRIMINAL JUSTICE
MLUNIU. ZML71              OFFENDER DISCIPLINARY SYSTEM           2008-09-0
                           OFFENDER CASE GRADING REPORT              08.08.5
  TDCNO: 00758386     NAME: GOODMAN,ROBBIE DON SR
CLASS: L2  JSP  CUSTODY: G4  UNIT: ML  OFFENDER TYPE: ID  WORK TIME: 0005 09 0   GOOD TIME: 0010 11 2
RESTRICTIONS:


  ********************************************************************
  REPORT REFLECTS OFFENDER AND CASE INFORMATION AS OF:  2008-09-02   08.08.55
  ********************************************************************

  CONVICTIONS FOR LAST 180 DAYS
    OFF    HEAR   CASE        CODE DESCRIPTORS LVL    REP/SOI /CLAS/TIME/XU/CR/PR/CU

073108  081008  20080339667  24.0               ' 2 MI G  X
                             27.0 UP                                          015
051308  052308  20080247130  24.0                 2 MI G  X
                             45.0                                             005
040708  041408  20080209241  12.0 MJ UP          1 MA G      53L2  00360      045

  END OF CONVICTIONS FOR LAST 180 DAYS

  ********************************************************************

  PENDING CASES FOR LAST 180 DAYS

    OFF   CASE        CODE   DESCRIPTORS LVL  GRADE   NOTES
083008  20090000832  27.0 UP               2          COMPUTER RECOMMENDED GRADE: MI

  END OF PENDING CASES
```

Goodman−425

## AFFIDAVIT

THE STATE OF TEXAS     §
                                §

COUNTY OF BEE         §

BEFORE ME, the undersigned authority, personally appeared E. Metz, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say the following is true and correct.

"My name is E. Metz. I am of sound mind, capable of making this affidavit, and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated.

"I am employed as the Inmate Records Superviser for the Texas Department of Criminal Justice ("TDCJ"), located in Beeville, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ.

"I have reviewed the request for records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody. I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ. The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by and employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here.

"Attached are copies of the records of offender Davis, Teddy #807688 and offender Goodman, Robbie #758386 described as   complete disciplinary files, which were requested."

_____
E. Metz, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME on 10/9/12, by the said E. Metz, to certify which, witness my hand and seal of office

_____
Notary Public in and for the State of Texas



CANDACE R. MOORE
NOTARY PUBLIC
NOTARY WITHOUT BOND
STATE OF TEXAS
My Comm. Exp. 08-21-2013

DATE: 20100308602 TDCJ ID: 00758386 NAME: GOODMAN, ROBBIE DOW SR
UNIT: ML  HSNG: 19W  015        JOB: BAKER 3RD                    EH:
CLSS: S3  CUST: G2  PRIMARY LANGUAGE: ENGLISH  MHMR RESTRICTIONS:  NONE
CODE: MI / AG  OFF.DATE: 06/26/10  01:45 PM  LOCATION: ML MISCELLANEOUS
TYPE: ID

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT 19W-15 CELL , OFFENDER: GOODMAN,
ROBBIE DOW SR, TDCJ-ID NO. 00758386, DID POSSESS CONTRABAND, NAMELY, ANTENNA
WHICH IS AN ITEM THAT IS NOT ALLOWED OR ASSIGNED TO AN OFFENDER, AND NOT BY
OFFENDER FOR HIS USE FROM THE COMMISSARY.

JUN 29 10

CHARGING OFFICER: CANTU, C. COIV                   SHIFT/CARD: 1 B

### OFFENDER NOTIFICATION

TIME/DATE NOTIFIED: 6-29-10    0901    BY: (PRINT) Sgt Bunnetes  IF APPLICABLE INTERPRETE
YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF TH
NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT. DO YOU WANT TO ATTEND THE HEARING? (YES) NO    IF NO, HOW DO YO
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: Robbie Goodman              DATE: 6-29-
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING
OFFENDER WAIVER SIGNATURE: _____    DATE: _____

### HEARING INFORMATION

HEARING DATE: 7-2-10  TIME: 19:38  INTERPRETER SIGNATURE: _____
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS
AND HOLIDAYS, FROM THE OFFENSE DATE.

OFFENDER STATEMENT: I had the antenna up, but the Officer did
not tell us to take them down.

OFFENSE CODES.                    14.0
OFFENDER PLEA: (G) NG. NONE) |___G___|_____|_____|_____|
FINDINGS: (G) NG DS) |___G___|_____|_____|_____|

### PUNISHMENT

LOSS OF PRIV(DAYS) _____   REPRIMAND  Verbal
*RECREATION(DAYS) _____   EXTRA DUTY(HOURS) _____
*COMMISSARY(DAYS) _____   CONT.VISIT SUSP THRU __/__/__
*PROPERTY(DAYS)... _____   CELL RESTR(DAYS) _____
* _____
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT. _____
LT. I. Miles                                          WARDEN
HEARING OFFICER (PRINT)

(FORM I-47MI) CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 04-10) COMUNIQUESE CON _____ PERSONAL SI NO ENTIENDE ESTA FORM

Goodman-399

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**OFFENSE REPORT**

JUN 28 2010

Informal Resolution App?
Officer        Y  (N)
Supervisor   Y  (N)

Case No. _____
MHMR Rest?   Y   (N)
PHD              Y   (N)

(1) TDCJ-No. 758386   (2) Offender Goodman, Robbie DRW   (3) Unit ML
(Last Name, First)

(4) Housing Assign: GW-015   (5) Job Assignment: L15 Baker 3rd

(6) Offense Level, Code Title: Level 2  Code 16.0  Possession
of Contraband.

OFFENSE DESCRIPTION: On 10/20/10 at 1345 AM/PM, and at GW-15 cell
(7) Date    (8) Time    (9) Enter Specific Location

Offender Goodman, Robbie DRW   TDCJ No. 758386

did posses Contraband namely, Antenna
on wire Which is not allowed or assigned
to an offender and not by the offender
for his use from the Commasary.

(10) Additional Information: On the date and time listed
above and at G Building W-Dorm
15 cell Offender Robbie Goodman TDC#
758386 had his Intanta placed on the
well hanging from his cubical in
an unauthorized fashion.

(Continue on additional sheet if necessary)

(11) Witnesses: None

(12) Accusing Officer/Employee: Printed Name/Rank C. Corley

(13) Signature: _____ (14) Shift/Card 1/2 (15) Date 6-23-10 (16) Time 1300

(17) Approving Supervisor's Printed Name: S Briggs   (18) Date 6-27-10

(19) Grading Official (Print) A Gonzalez   (20) Rank Major   (21) Date 6/28/10

(22) Grade: (Circle One)   IR   UP  (MI)  MA   (23) Justification to override Informal Resolution: _____

☆I-210 (rev. 01/98)

PRELIMINARY INVESTIGATION REPORT

This report is to be completed on each Offense Report for review by the grading official. The purpose of this report is to obtain any other pertinent information about the incident prior to grading the Offense Report. The Preliminary investigation should not be completed by the charging officer or a person involved in the incident.

Offender: _Goodman, Robbie_   TDCJ No. _758336_

Date & Time Investigation started: _26 Jun 10 / 1429_

1. **ELEMENTS OF CHARGE.** Does the offense description support the elements of each charge (the things that had to be done in order to commit an offense). If "No," have charging officer add needed information.

Offense Code _16_ : Yes [✓] No [ ]    Offense Code _____ : Yes [ ] No [ ]
Offense Code _____ : Yes [ ] No [ ]    Offense Code _____ : Yes [ ] No [ ]

2. **ADDITIONAL INFORMATION.** Has the charging officer included supporting information or evidence to supplement the standardized pleading such as items listed below? (Write "Yes", "No," or "NA" [not applicable] by each item).

_No_ a. listing other witnesses to the incident.
_No_ b. documentary evidence, e.g., photographs of contraband, etc.
_Yes_ c. additional information about the offense.

3. **ACCUSED OFFENDER** states that: (Print interpreter's name if applicable):
_I Had my Antenna up I was in the House listening to Radio"_

4. **ACCUSING OFFICER** states that: _O/F Had possess Contraband_

5. **WITNESS STATEMENTS** (List employee or offender; attach statements to report): _____
_None_

6. **DOCUMENTATION.** Documents reviewed (lay-ins, appointments, medical records, etc.)
☐ Lay-ins, ☐ Roster, ☐ Medical Records, ☐ Picture, ☐ Other (List & attach to report)
_None_

_A. Ortiz_                    _ST_                    _26 June 10 / 1431_
Name of Investigating Officer (Print)                    Date & Time Investigation Completed

7. **INFORMAL RESOLUTION** was not appropriate or not possible because:
_Item Possession of Contraband will not be Tolerated_

_S. Phares_                    _Lt_                    _6-27-10_
Approving Supervisor's Printed Name        Rank                    Date

Goodman—401

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
OFFENDER DISCIPLINARY SYSTEM
OFFENDER CASE GRADING REPORT

LPE8084 /ML71                                                      2010-06-2
                                                                    09.57.9

TDCNO: 00758386    NAME: GOODMAN,ROBBIE DON SR
CLASS: S3    CUSTODY: G2  UNIT: ML  OFFENDER TYPE: ID  GOOD TIME: 0011 10 1
                                                       WORK TIME: 0006 07 2
RESTRICTIONS:

********************************************************************************
REPORT REFLECTS OFFENDER AND CASE INFORMATION AS OF:  2010-06-28   09.57.53
********************************************************************************

NO CONVICTIONS ON FILE FOR LAST 180 DAYS

PENDING CASES FOR LAST 180 DAYS

OFF         CASE       CODE DESCRIPTOR LV GRADE   NOTES

062610      20100306602 16.0 NC         2      COMPUTER RECOMMENDED GRADE; ..

END OF PENDING CASES

Goodman—402

## DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20090061530  TDCJ-ID NO: 00758386  NAME: GOODMAN, ROBBIE DOW SR
UNIT: ML  HSNG: RL23  JOB B
CLASS: L3  CUST: G4  PRIMARY LANGUAGE: ENGLISH  WORK/LS MED SQ 03
GRADE: MA / AA  OFF. DATE: 10/31/08  09:50 AM  LOCATION: ML B BUILDING
TYPE: II

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT B BUILDING, RECREATION YARD, OFFE
GOODMAN, ROBBIE DOW SR, TDCJ-ID NO. 00758386, DID POSSESS CONTRABAND, NAMELY
CHILD PRONOGRAPHY.

CHARGING OFFICER: MCGOVRAN, M SGT

### OFFENDER NOTIFICATION

TIME & DATE NOTIFIED:                          SHIFT/CARD:
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF TH
NOTICE. DO YOU WANT TO ATTEND THE HEARING? (YES) NO; IF NO, HOW DID YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE:
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE:

### HEARING INFORMATION

HEARING DATE: 11/06/08  TIME:           TAPE#:          SIDE:        START#:        END#:
COUNSEL SUBSTITUTE AT HEARING:                          TAPE#:          SIDE:        START#:        END#:
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THA
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
HEARING (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
WITNESS AT THE HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS EXAMINATION OF A
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE)

OFFENSE CODE:
OFFENDER PLEA:        GY, NG, MIN;
FINDINGS:        G, NG, IG;
REDUCED TO DISRUPTION OF DOCKET?  CIR. KIT.
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, HEARING
GUILTY ADMISSION OF THE        OFFICER'S BELIEF; OUTLINE THE FINDINGS, FURTHER
EXPLAIN IN DETAIL:

### PUNISHMENT

LOSS OF PRIV.(DAYS)
*RECREATION(DAYS)
*COMMISSARY(DAYS)
*PROPERTY(DAYS)

REPRIMAND
EXTRA DUTY(HOURS)
CELL/QTRS RESTRICTION

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**OFFENSE REPORT**

NOV 0 3 2008

| Informal Resolution App? | | |
|---|---|---|
| Officer | Y | N |
| Supervisor | Y | N |

Case No. _____

MHMR Rest?   Y   N
PHD   Y   N

(1) TDCJ-No. _758336_   (2) Offender _Goodman Robbie_   (3) Unit _McConnell_
(Last Name, First)

(4) Housing Assign: _8L48b_   (5) Job Assignment: _1/s med squad_

(6) Offense Level, Code Title: _Level 2 Code 16 Possession of Contraband_

OFFENSE DESCRIPTION:   On _10-31-08_ at _0950_ AM/PM, and at _8bldg recreation yard_
(7) Date   (8) Time   (9) Enter Specific Location

Offender _Goodman Robbie_   TDCJ No. _758386_

_did possess contraband, namely child pornography._

(10) Additional Information: _On 10-31-08 at approx 0950 while inspecting offender_
_property during lockdown observed that offender Goodman Robbie had_
_in his personal property typed literature containing graphic detail of_
_young children having sex. Offender claimed ownership of the typed_
_literature and signed a confiscation slip for the contraband._

(Continue on additional sheet if necessary)

(11) Witnesses: _n9_

(12) Accusing Officer/Employee: Printed Name/Rank _McGovran M._

(13) Signature: _McGovran M_   (14) Shift/Card _1A_   (15) Date _10-31-08_   (16) Time _1000_

(17) Approving Supervisor's Printed Name: _Capt B. Dixon_   (18) Date _11-1-08_

(19) Grading Official (Print) _Ambriz_

(20) Rank _Sgt_   (21) Date _11 3 08_

(22) Grade: (Circle One)   IR   UP   MI   (MA)   (23) Justification to override Informal Resolution: _____

✩I-210 (rev. 01/98)

Goodman–404

## PRELIMINARY INVESTIGATION REPORT

This report is to be completed on each Offense Report for review by the grading official. The purpose of this report is to obtain any other pertinent information about the incident prior to grading the Offense Report. The Preliminary investigation should not be completed by the charging officer or a person involved in the incident.

Offender: _Goodman, Robbie_ TDCJ No. _758386_

Date & Time Investigation started: _10-31-08_ _1228_

1. **ELEMENTS OF CHARGE.** Does the offense description support the elements of each charge (the things that had to be done in order to commit an offense). If "No," have charging officer add needed information.

Offense Code _16.0_: Yes [ ] No [ ]     Offense Code _____: Yes [ ] No [ ]
Offense Code _____: Yes [ ] No [ ]     Offense Code _____: Yes [ ] No [ ]

2. **ADDITIONAL INFORMATION.** Has the charging officer included supporting information or evidence to supplement the standardized pleading such as items listed below? (Write "Yes," "No," or "NA" [not applicable] by each item).

_no_ a.  listing other witnesses to the incident,
_no_ b.  documentary evidence, e.g., photographs of contraband, etc.
_yes_ c.  additional information about the offense.

3. **ACCUSED OFFENDER states that:** (Print interpreter's name if applicable):

_"It's mine"_

4. **ACCUSING OFFICER states that:**

_did posses contraband, namely child porn literature_

5. **WITNESS STATEMENTS** (List employee or offender; attach statements to report):

_none_

6. **DOCUMENTATION.** Documents reviewed (lay-ins, appointments, medical records, etc.)
   ☐ Lay-ins,  ☐ Roster,  ☐ Medical Records,  ☐ Picture,  ☐ Other (List & attach to report)

_none_

_I. Peralez_          _Sgt._          _10-31-08  1230_
Name of Investigating Officer (Print)     Rank     Date & Time Investigation Completed

7. **INFORMAL RESOLUTION** was not appropriate or not possible because:

_This type of conduct will not be tolerated_

_B. Crow_          _Capt_          _11-1-08_
Approving Supervisor's Printed Name     Rank     Date

```
CSDSP028/CDSP04                 TEXAS DEPARTMENT OF CRIMINAL JUSTICE
LWY4787 /ML10                    OFFENDER DISCIPLINARY SYSTEM                   2008-11-0
                                 OFFENDER CASE GRADING REPORT                  07.09.4
 TDCNO: 00758386      NAME: GOODMAN,ROBBIE DOW SR
CLASS: L2  DSP  CUSTODY: G4  UNIT: ML  OFFENDER TYPE: ID  GOOD TIME: 0011 00 1
RESTRICTIONS:                                                WORK TIME: 0005 10 0


******************************************************************************
REPORT REFLECTS OFFENDER AND CASE INFORMATION AS OF:  2008-11-03   07.09.43
******************************************************************************
CONVICTIONS FOR LAST 180 DAYS
 OFF      HEAR   CASE            CODE DESCRIPTOR LV GRD REP/SOL/CLAS/TIME/XD/CR/PR/CV

083008  090708  20090000832  27.0 UP
073108  081008  20080329667  24.0          2 MI G              2 MI G              015
                             27.0 UP        2 MI G   X         015
051308  052208  20080247130  24.0
                             45.0          2 MI G   X          005

END OF CONVICTIONS FOR LAST 180 DAYS

******************************************************************************

PENDING CASES FOR LAST 180 DAYS

 OFF            CASE          CODE DESCRIPTOR LV GRADE   NOTES
103108         20090061530  16.0 DC           2      COMPUTER RECOMMENDED GRADE: MA

END OF PENDING CASES
```

Goodman-406

CSI:SPO:O
ML ML71

T.D.C.J.
SERVICE INVESTIGATION WORK SHEET

2008/11
08:07

CASE#: 20040061530,   TDCJ # 00/58386,   NAME: GOODMAN.ROBBIE DOW SR

3. THE ACCUSED REASONS AND/OR DEFENSES HAVE BEEN LOGICALLY AND
   SYSTEMATICALLY INVESTIGATED AS FOLLOWS:
   A. _____ REVIEWED CASE
   B. _____ INTERVIEWED ACCUSED
   C. NAME OF INTERPRETER USED: *None*
   d. *Does not need Bryou Clearance*

   _____ CONCLUDE INVESTIGATION  CS-1 DB

4. ON _____, THE ACCUSED OFFENDER PRESENTED NON-FRIVOLOUS EVIDENCE,
   THE CHARGING  OFFICER/STAFF WITNESS WAS PRESENTED WITH A SUMMARY OF
   THE ACCUSED STATEMENT, ADDITIONAL STATEMENT IS AS FOLLOWS:

   *N/A*

5. LIST THE PORTIONS OF THE INVESTIGATION THAT APPEAR TO SUPPORT THE CHARGES
   MADE AGAINST THE ACCUSED:

   *Officers Report*

6. LIST THE PORTIONS OF THE INVESTIGATION THAT APPEAR TO SUPPORT THE
   ACCUSED REASONS, AND/OR DEFENSES:

   *None*

COUNSEL SUBSTITUTE PRINTED NAME: *Bryant D*                TITLE: *CS-1*

COUNSEL SUBSTITUTE SIGNATURE: *Bryant D*
CS-10.11B                                                  DATE: *11/03/8*
                                                           REVISED 08/2005

Goodman-407

```
CSDSP040                                    T.D.C.J.
ML - ML71           SERVICE INVESTIGATION WORK SHEET              2008/11
                                                                  08:07
CASE#: 20090061530,  TDCJ # 00758386,  NAME: GOODMAN,ROBBIE DOW SR
CURRENT UNIT: ML,   HOUSING: 8L23   48  B, CLASS: L2,  CUSTODY: G4,  TYPE:
OFFENSE DATE:  103108, TIME: 09 : 50 AM, LOCATION:  ML 1BU 8 BUILDING
CHARGING OFFICER: MCGOVRAN, M SGT
OFFENSE CODES: A) 16 . 0,      B)     ,  ,     C)    ,   ,    SHIFT/CARD: 1.
DESCRIPTORS:   A) DC  ,        B)     ,  ,     C)    ,   ,    D)
PLEA:          A)    G   ,      B)       ,  , C)       ,   , D)   ,  ,
CLERK RCVD: 110308, SERVICE LAPSE DATE: 113008 ,
CS ASSIGNED:  Bryant D. CS            SERVICE DATE:  11/0
                                              SERVICE TIME:
```

COUNSEL SUBSTITUTE HAS BEEN APPOINTED BECAUSE:

A.  ACCUSED IN ANY FORM OF          E.  ACCUSED HAS REQUESTED COUNSEL
    SEGREGATION                         SUBSTITUTE
B.  EA BELOW 5.0  IQ BELOW 73       F.  ACCUSED HAS REQUESTED WITNESS WHO
C.  LITERACY IS QUESTIONABLE            CAN NOT ATTEND THE HEARING
D.  ACCUSED HAS DIFFICULTY UNDER-   G.  COMPLEXITY OF CASE WARRANTS COUNSEL
    STANDING ENGLISH                    SUBSTITUTE

A.  OFFICER'S REPORT CLEARLY DESCRIBES THE INCIDENT IN QUESTION:    YES ✓ NO
B.  CHARGES LISTED WERE REVIEWED WITH REFERENCE TO TDCJ DISCIPLINARY
                                     RULES AND PROCEDURES:  YES ✓ NO
C.  OFFENSE DESCRIPTION IN REPORT SUBSTANTIATES EACH OF THE
                                     ALLEGED OFFENSES WERE VIOLATED:  YES ✓ NO
    IF NO, EXPLAIN: _____

1.  THE ACCUSED WAS INFORMED OF THE FOLLOWING RIGHTS:
A.  TO CALL AND QUESTION WITNESSES                                  YES  N
B.  TO PRESENT DOCUMENTARY EVIDENCE                                  ✓
C.  TO BE REPRESENTED BY COUNSEL SUBSTITUTE                          ✓
D.  TO CALL AND QUESTION THE CHARGING OFFICER AT THE HEARING         ✓
E.  THE ACCUSED STATES HE/SHE UNDERSTANDS REPORT, CHARGES AND RIGHTS ✓
F.  THE ACCUSED STATES HE/SHE WISHES TO ATTEND HIS/HER HEARING       ✓

2.  THE ACCUSED REASONS AND/OR DEFENSE: _It was just fantasy writing threts all I wrote._

A.  REQUESTED WITNESSES: _None_

B.  REQUESTED DOCUMENTARY EVIDENCE: _N/A_

```
05-19.11A
```

REVISED 10/0

CSDSP040                          T.D.C.J.
ML - ML71                     HEARING WORK SHEET                    2008/11/
                                                                   08:07:

CASE#: 20090061530,  TDCJ # 00758386,  NAME: GOODMAN,ROBBIE DOW SR
CURRENT UNIT: ML,   HOUSING: 8L23    48  B, CLASS: L2,   CUSTODY: G4,   TYPE:
OFFENSE DATE:  103108, TIME: 09 : 50 AM, LOCATION: ML TBU  8 BUILDING
CHARGING OFFICER: MCGOVRAN, M SGT
OFFENSE CODES: A) 16 ,      B)      ,      C)    ,  ,      D)  ,  ,
DESCRIPTORS:  A) DC  _guilty_,  B)      ,      C)     ,  ,      D)  ,  ,
PLE_ A) _guilty_,  B)      ,      C)      ,      D)  ,
FINDING: A)  _Guilty_,  B)      ,      C)      ,      D)
DHO _Quintana_,  CS:  _____, B)      ,      C)      ,      D)
HEARING DATE/TIME: _1/06/08 0830 AM_ VE 24 HRS YES _____ NO _____, SERVICE DATE: _11/08_, SERVICE TIME: _410_

A. ACCUSED OFFENDER'S STATEMENT @ HEARING:
It was fantasy writing for myself and for noone
else. It didn't go no where. It was duel.

B. CHARGING OFFICER'S STATEMENT:
No not interviewed due to a failure to provi
non frivolous evidence.

C. CROSS EXAMINATION/QUESTIONS:  none

D. HEARING NOTES: Served by DB represented by DS was given a
opportunity to discuss report and additional information
prior to hearing.

WITNESSES: none
DOCUMENTARY EVIDENCE: none
E. OBJECTIONS: YES   NO  IF YES, EXPLAIN:  none

F. SUMMATION/MITIGATION Consider honesty
lenience if found Guilty
OFFENDER GOODMAN ROBBIE D WOULD YOU LIKE TO SAY ANYTHING ELSE? YES _____ NO _X_
                                                                          none

CS CHECK LIST:                 YES  NO  N/A
OFFENDER PRESENT                _X_                NON-FRIVOLOUS EVIDENCE        YES  NO  N/A
CS-14                                             CROSS EXAMINATIONS
INTERPRETER USED                _X_               CREDIT (PHD)
                                                  MODIFICATION  cschange   _X_
INTERPRETER'S NAME _____                          APPEALABLE          none  _X_
SANCTIONS ASSESSED:                               DRUG TEST DISCLAIMER READ
LOSS OF PRIV _X_, REPRIMAND                            SOLITARY
RECREATION _X_, EXTRA DUTY                             REMAIN L 3
COMMISSARY _X_, CONT. VISIT   HRU                      REDUC CLASS FROM       TO
PROPERTY _____, CELL REST                              GOOD TIME LOSS   30
CS-12            SPECIAL CELL                          DAMAGES
                                                                   REVISED 08/2005

TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20080338386 CASE #: 00758386 NAME: GOODMAN,ROBBIE DOW SR
UNIT: ML   HSNG: 8L22   38 T      JOB: GARDEN SQ 11              EA: 1(
CLASS: L2  CUST: G4  PRIMARY LANGUAGE: ENGLISH                   IQ: 05
GRADE: MI / AA   OFF.DATE: 08/30/08  12:30 PM   LOCATION: ML 8 BUILDING
TYPE: ID                                        MHMR RESTRICTIONS:    N

## OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT 8 BUILDING, L-POD, 1 SECTION,
SHOWER #3, OFFENDER: GOODMAN, ROBBIE DOW SR, TDCJ-ID NO. 00758386, WAS IN
SHOWER #3 WHEN IN FACT SAID OFFENDER HAD NO AUTHORIZATION TO BE IN SUCH PLACE.

SEP 0 3 2008

SEP 0 3 2008

CHARGING OFFICER: APARICIO, G. COV                  SHIFT/CARD: 1 B

## OFFENDER NOTIFICATION

TIME & DATE NOTIFIED: 0338  9/4/08     BY:(PRINT) Sgt Lopez     IF APPLICABLE INTERPRETER
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT. DO YOU WANT TO ATTEND THE HEARING? (YES) NO      IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE:X_Robbie Dow Goodman_    DATE: 9/4/08
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE:_____  DATE:_____

## HEARING INFORMATION

HEARING DATE: 09-7-08  TIME: 0150  INTERPRETER SIGNATURE:_____
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS AND
HOLIDAYS, AFTER THE OFFENSE DATE:_____

OFFENDER STATEMENT: we were Advised to shower by officer west

OFFENSE CODES:                    | 37.0 |     |     |
OFFENDER PLEA: (G), NG, NONE)     |  6   |     |     |
FINDINGS:  (G, NG, DS)            |  6   |     |     |

## PUNISHMENT

LOSS OF PRIV(DAYS)          REPRIMAND_____
*RECREATION(DAYS)  15       EXTRA DUTY(HOURS)_____
*COMMISSARY(DAYS)_____    CONT.VISIT SUSP THRU ___/___/___
*PROPERTY(DAYS)..._____   CELL RESTR(DAYS)_____
*_____ (DAYS)

OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT X_Robbie Dow Goodman_
Garza K
HEARING OFFICER (PRINT)                              WARDEN
(FORM I-47MI)CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 03-02) COMUNIQUESE CON UN MIEMBRO DEL PERSONAL SI NO ENTIENDE ESTA FORMA

Goodman-422

Informal Resolution App?
Officer          Y   N
Supervisor       Y   N

TEXAS DEPARTMENT OF CRIMINAL JUST...

**OFFENSE REPORT**

2009...

(1) TDCJ-No. 758386    SEP 0 2 2008

(2) Offender Goodman, Robbie Dow
(Last Name, First)

(3) Unit ML

(4) Housing Assign: 8L-3BT

Case No.

MHMR Rest?
PHD

(6) Offense Level, Code Title: Level 2 Code 27.0 out of Place

(5) Job Assignment: Institutional Lockdo...

OFFENSE DESCRIPTION:

On 8-30-08 at 1230 AM/PM and at 8L 2sat Shower #...
(7) Date      (8) Time                    (9) Enter Specific Location

Offender Goodman, Robbie Dow was in shower #3 when in fact spid offender had no authorization to be in such place.

TDCJ No. 758386

(10) Additional Information:

On date and time as stated above I Officer Aparicio was 8L control. Offender Goodman # 758386 came back from chow and went into shower #3 And took a shower. They are on lockdown status they had dayroom and shower time at 8 A.M- 10 A.M, so spid offender was out of place. I ID offender thru sight.

Witnesses: N/A

(Continue on additional sheet if necessary)

Accusing Officer/Employee: Printed Name/Rank G. Aparicio CoIV

Signature: G. Aparicio

proving Supervisor's Printed Name: J. Janus

ding Official (Print) Ambrose

(14) Shift/Card 1BGP  (15) Date 8-30-08

: (Circle One)   IR   UP   ML   SV

(16) Time 1525

(23) Justification to over...

Goodman–423

(18) Date 8/30/...

/98)

## RELIMINARY INVESTIGATION REPOR

This report is to be completed on each Offense Report for review by the grading official. The purpose of this report is to obtain any other pertinent information about the incident prior to grading the Offense Report. The Preliminary investigation should not be completed by the charging officer or a person involved in the incident.

Offender: _Goodman Robbie_     TDCJ No. _758386_

Date & Time Investigation started: _30 Aug 08 / 1620_

1. **ELEMENTS OF CHARGE.** Does the offense description support the elements of each charge (the things that had to be done in order to commit an offense). If "No," have charging officer add needed information.

Offense Code _27_ : Yes [✓] No [ ]     Offense Code _____ : Yes [ ] No [ ]
Offense Code _____ : Yes [ ] No [ ]     Offense Code _____ : Yes [ ] No [ ]

2. **ADDITIONAL INFORMATION.** Has the charging officer included supporting information or evidence to supplement the standardized pleading such as items listed below? (Write "Yes," "No," or "NA" [not applicable] by each item).

    _NO_ a.   listing other witnesses to the incident,
    _NO_ b.   documentary evidence, e.g., photographs of contraband, etc.
    _YES_ c.   additional information about the offense.

3. **ACCUSED OFFENDER states that:** (Print interpreter's name if applicable):

_No Statements_

4. **ACCUSING OFFICER states that:** _O/E was in fact out of place_

5. **WITNESS STATEMENTS** (List employee or offender; attach statements to report): _None_

6. **DOCUMENTATION.** Documents reviewed (lay-ins, appointments, medical records, etc.)
    ☐ Lay-ins, ☐ Roster, ☐ Medical Records, ☐ Picture, ☐ Other (List & attach to report)
_None_

_A. Ortiz_        _Sgt_        _30 Aug 08 / 1622_
Name of Investigating Officer (Print)     Rank     Date & Time Investigation Completed

7. **INFORMAL RESOLUTION** was not appropriate or not possible because:

_Nature of Offense_

_J. Janerd_        _Lt_        _8/30/8_
Approving Supervisor's Printed Name     Rank     Date

Goodman–424