United States District Court
Southern District of Texas
**ENTERED**
February 26, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROBBIE DOW GOODMAN; WILLIAM CASEY RAYMOND COBB, <br><br> Plaintiffs, <br><br> v. <br><br> LORIE DAVIS, Director, TDCJ-CID, <br><br> Defendant. | Civil Action No. 2:12-CV-166 |

# FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58, the Court enters this final judgment. A bench trial was held in the above styled case from August 29, 2018 to August 31, 2018. On January 24, 2019, this Court issued its Findings of Fact and Conclusions of Law. Dkt. 322. Consistent with this Court's Findings of Fact and Conclusions of Law, it is **ORDERED** that:

- Defendant is enjoined from enforcing its male grooming policy against the Plaintiffs with respect to the rules preventing inmates from growing their hair without restriction in length and wearing it loose.

- Plaintiffs are entitled to their reasonable attorney's fees and costs, the amount of which will be determined at a later date.

All relief not previously granted is hereby **DENIED**.

It is so **ORDERED**.

SIGNED this 26th day of February, 2019.

Date: _____

_____
UNITED STATES DISTRICT JUDGE