IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBBIE DOW GOODMAN,<br>WILLIAM CASEY, and<br>RAYMOND COBB,<br>　　*Plaintiffs*,<br><br>v.<br><br>LORIE DAVIS, Director, TDCJ-CID,<br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:12-CV-166 |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

　　Defendant Lorie Davis, named in her official capacity as Director of the Correctional Institution Division, Texas Department of Criminal Justice, (hereafter "Defendant") hereby files this timely Notice of Appeal. Notice is hereby given that Defendant in the above-named case hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 26th of February, 2019, which was based on the Findings of Fact and Conclusions of Law issued by the Court on the 24th of January 2019.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

AMANDA J. COCHRAN-MCCALL
Chief for General Litigation Division

/s/ *Benjamin L. Dower*
**BENJAMIN L. DOWER**
Assistant Attorney General
Texas State Bar No. 24082931
benjamin.dower@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
General Litigation Division
P.O. Box 12548, Capitol Station
Austin TX 78711-2548
(512) 463-2080 / Fax (512) 320-0667

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I, **Benjamin Dower**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing document was filed electronically with the Court and delivered by CM/ECF on March 27, 2019 to the following attorney of record:

**Steven Charles Messer**
Yetter Coleman LLP
811 Main, Suite 4100
Houston, TX 77002
(713) 632-8000 / Fax (713) 632-8002
smesser@yettercoleman.com

**ATTORNEY FOR PLAINTIFFS**

*/s/ Benjamin Dower*
**BENJAMIN DOWER**
Assistant Attorney General