IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBBIE DOW GOODMAN, <br> WILLIAM CASEY, and <br> RAYMOND COBB, <br>    *Plaintiffs*, <br><br> v. <br><br> LORIE DAVIS, Director, TDCJ-CID, <br>    *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br> Civil Action No. 2:12-CV-166 |

### THE PARTIES' JOINT ADVISORY REGARDING
### PLAINTIFFS' BILL OF COSTS AND APPLICATION FOR FEES

TO THE HONORABLE JUDGE NELVA RAMOS:

  Defendant Lorie Davis, named in her official capacity as Director of the Correctional Institution Division, Texas Department of Criminal Justice, (hereafter "Defendant") and Plaintiffs Robbie Dow Goodman, William Casey, and Raymond Cobb (collectively "Plaintiffs") together file this joint advisory to the Court regarding Plaintiffs' Bill of Costs and Application for Fees (ECF No. 329). 42 U.S.C. § 1988(c) does not permit a prevailing party to include expert fees as part of the attorney's fees for an action to enforce the Religious Land Use and Institutionalized Persons Act of 2000 [42 U.S.C.A. § 2000cc, *et seq*.]. Consequently, Plaintiffs have agreed to modify their pending request and remove their request for expert fees. Defendant does not oppose the remainder of Plaintiffs' bill of costs and application for fees.

#### PRAYER

  Reflecting the Parties' mutual understanding described above, Plaintiffs respectfully ask this Court to award the following to Plaintiffs, relief that is unopposed by Defendant:

1. Total Costs of $9,803.19: $811.20 in transcript costs; $1,886.52 in printing costs; and $7,105.47 in deposition transcript costs; and

2. Total Attorney Fees of $131,298.45: $109,951.10 in attorney fees; $17,595.00 in paralegal fees; and $3,752.35 in travel costs.

Dated this 2nd day of April, 2019.                Respectfully Submitted,


YETTER COLEMAN LLP                                KEN PAXTON
                                                  Attorney General of Texas
/s/ R. Paul Yetter
 R. Paul Yetter                                   JEFFREY C. MATEER
 State Bar No. 22154200                           First Assistant Attorney General
 S.D. Bar No. 3639
 Steven C. Messer                                 DARREN L. MCCARTY
 Texas State Bar No. 24092829                     Deputy Attorney General for Civil Litigation
 S.D. Bar No. 2489458
 811 Main, Suite 4100                             AMANDA J. COCHRAN-MCCALL
 Houston, TX 77002                                Chief for General Litigation Division
 713.632.8000
 713.632.8002 (F)                                 /s/ Benjamin L Dower
 pyetter@yettercoleman.com                        BENJAMIN L. DOWER
 smesser@yettercoleman.com                        Assistant Attorney General
                                                  Texas State Bar No. 24082931
ATTORNEYS FOR PLAINTIFFS                          Southern ID No. 1742612
                                                  benjamin.dower@oag.texas.gov

                                                  OFFICE OF THE ATTORNEY GENERAL
                                                  General Litigation Division
                                                  P.O. Box 12548, Capitol Station
                                                  Austin TX 78711-2548
                                                  (512) 463-2120 / Fax (512) 320-0667

                                                  ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I, **Benjamin Dower**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing document was filed electronically with the Court and delivered by CM/ECF on April 2, 2019:

**Steven Charles Messer**
Yetter Coleman LLP
811 Main, Suite 4100
Houston, TX 77002
713-632-8161
Email: smesser@yettercoleman.com

**ATTORNEY FOR PLAINTIFFS**

/s/ Benjamin L. Dower
**BENJAMIN DOWER**
Assistant Attorney General