United States District Court
Southern District of Texas
**ENTERED**
April 02, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ROBBIE DOW GOODMAN, §
WILLIAM CASEY, and §
RAYMOND COBB, §
    *Plaintiffs*, §
    §
v. §    Civil Action No. 2:12-CV-166
    §
LORIE DAVIS, Director, TDCJ-CID, §
    *Defendant.* §

## ORDER

Having considered Plaintiffs' Bill of Costs and Application for Fees, the Parties' Joint Advisory Regarding Plaintiffs' Bill of Costs and Application for Fees, and all other relevant papers, the Court is of the opinion that the Bill and Application (as modified in the Parties' Joint Advisory) should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs are entitled to:

Total Costs of $9,803.19:

    1. $811.20 in transcript costs

    2. $1,886.52 in printing costs

    3. $7,105.47 in deposition transcript costs

Total Attorney's Fees of $131,298.45:

    1. $109,951.10 in attorney's fees

    2. $17,595.00 in paralegal fees

    3. $3,752.35 in travel costs

Date: April 2, 2019

UNITED STATES DISTRICT JUDGE