# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-40279

United States Courts
Southern District of Texas
FILED
JUL -9 2019
David J. Bradley, Clerk of Court

ROBBIE DOW GOODMAN,

    Plaintiff - Appellee

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Defendant - Appellant

--------------------------------------------------------

WILLIAM CASEY,

    Plaintiff - Appellee

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Defendant - Appellant

--------------------------------------------------------

RAYMOND COBB,

    Plaintiff - Appellee

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL

JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Defendant - Appellant

---

Appeal from the United States District Court
for the Southern District of Texas

---

Before JONES, ELROD, and ENGELHARDT, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that Appellant's opposed motion to dismiss appeal pursuant to Fed. R. App. P. 42(b) is GRANTED.

Certified as a true copy and issued
as the mandate on **Jul 09, 2019**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit