# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 09, 2019

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

United States Courts
Southern District of Texas
FILED

JUL -9 2019

David J. Bradley, Clerk of Court

No. 19-40279  Robbie Goodman, et al v. Lorie Davis,
Director, TDCJ
USDC No. 2:12-CV-166
USDC No. 2:14-CV-13
USDC No. 2:14-CV-22

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Deborah M. Graham
Debbie T. Graham, Deputy Clerk

cc:
 Mr. Benjamin Lindberg Dower
 Mr. Steven Messer
 Mr. Richard Paul Yetter